UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE OF ALABAMA

IN RE:

VARLON GARDNER

CASE NO. 14-32461-DHW -13

Debtor

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Regions Bank and would show unto your Honor the following:

1. That Regions Bank is the holder of a mortgage on the property owned by the debtor covering the following described property located in Montgomery County, Alabama:

> Lot 8 in Block C, according to the Lot of South Fariview, as recorded in the Office of the Judge of Probate of Montgomery County, Alabama in Plat Book 6, at Page 69.
>
> The street address of the property is:
>
> 174 Arlington Road
> Montgomery, AL 36105-1704

2. That the debtor is in arrears on the monthly payments on said mortgage and that there is due post-petition arrearage from September 19, 2014 through November 19, 2014 payments of $1,254.52 including fees and attorney's fees and costs. The loan matured on March 5, 2014 and is fully due and payable with a payoff amount of $13,763.33 as of December 3, 2014.

3. That said mortgage is recorded in the Office of the Judge of Probate of Montgomery County, Alabama, and a copy of said mortgage is attached hereto and marked "Exhibit 1".  Also attached is a copy of the debtors' note marked "Exhibit 2".

4. That under Order of this Court your Movant is restrained from beginning foreclosure proceedings and if your Movant is not permitted to begin foreclosure proceedings in order to protect its interest, irreparable harm will result to your Movant.

**NOW THEREFORE, PREMISES CONSIDERED**, your Movant prays that after proper notice to those entitled to receive notice that your Honor will set this matter down for a hearing and upon the conclusion thereof, issue an Order permitting your Movant to proceed with foreclosure of said mortgage,

_____
W. L. Longshore, III
Attorney for Regions Bank

OF COUNSEL:
LONGSHORE, BUCK & LONGSHORE, P.C.
2009 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 252-7661
Fax : (205) 252-0812
Email: Billy3@longshorebuck.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing by depositing same in the U. S. Mail, first class, postage prepaid, to the following:

Varlon Gardner
174 Arlington Rd
Montgomery, AL 36105

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

on this the 5th day of December, 2014.

W. L. Longshore, III