## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VARLON GARDNER, | ) | CHAPTER 13 |
| | ) | CASE NO. 14-32461 |
| DEBTOR. | ) | |

### MOTION TO LIFT STAY

TO THE HONORABLE DWIGHT H. WILLIAMS, UNITED STATES BANKRUPTCY JUDGE;

Your Petitioner, CIRAS, LLC C/O KEVIN W. HARPER INVESTMENTS, INC., would state as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and 11 U.S.C. §362

2. The Debtor in this case filed a petition under Chapter 13 of the Bankruptcy Code on to-wit: September 15, 2014. Debtor has continued in possession of certain real property since that time, which is made the basis of this motion, specifically, real property known located at 3345 Southmont Drive, Montgomery, Alabama 36105. A copy of the Petitioner's note and mortgage are attached hereto as Exhibit "A".

3. Your Petitioner is the holder of a note secured by a recorded real estate mortgage on the Debtor's property. The original amount of the note was $62,475.00. Under the terms of the note, monthly payments fell due on the 1st day of the month. Debtor has not made a payment since February 1, 2012 and, as of the filing date of the bankruptcy case, the Debtor was past due a total of $18,742.71, excluding fees and court cost.

4. Further, Debtor has failed to list this debt in her petition, schedules and plan.

5. Additionally, Petitioner does not have nor has it been offered adequate protection for its interest in the property referred to hereinabove in that the Debtor has failed and refused to provide full coverage insurance on the property in question.

6. That to the best information and belief of your Petitioner, the Debtor has no equity in this property.

7. That if the Petitioner is not permitted to foreclose its security interest and take possession of said property, it will suffer irreparable harm, injury, loss and damage.

WHEREFORE, THE PREMISES CONSIDERED, Petitioner prays that upon a final hearing of this motion, that the stay pursuant to 11 U.S.C. §362 be modified to permit it to foreclose its security interest in the property referred to hereinabove and that it have such other and further relief as is just and proper under the circumstances.

Respectfully submitted,
PARNELL & CRUM, P.A.

BY:    /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III
Attorneys for Petitioner

OF COUNSEL:
PARNELL & CRUM, P.A.
P.O. Box 2189
Montgomery, AL 36102
334/832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Motion to the following on this, the  20th  day of February, 2015.

Hon. Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101

Hon. Teresa Jacobs
Bankruptcy Court Administrator
One Church Street
Montgomery, AL 36104

Hon. Joshua Milam
Attorney for Debtor
566 S. Perry Street
Montgomery, AL 36104

Varlon Gardner
Debtor
174 Arlington Road
Montgomery, AL 36105

  /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III