The relief described hereinbelow is SO ORDERED

Done this 15th day of July, 2015.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In Re:                                        Case No: 14-32461-DHW

**Varlon Gardner**
**SSN:**     **xxx-xx-6564**

        **Debtor**

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY PHH MORTGAGE CORPORATION**

       This matter coming before the Court on the Motion for Relief from Automatic Stay filed by PHH MORTGAGE CORPORATION (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Debtor has tendered funds to cure the arrearage through May, 2015.
2. The attorney fees and costs in connection with Creditor's Motion for Relief from Stay is calculated below:
    Attorney Fees and Costs for MFR:                             $626.00
    Total:                                                                 $626.00
3. The Creditor shall file an amended pre-petition and post-petition claim for the **TOTAL ARREARAGE** of $3,146.66.
4. The Chapter 13 Plan payments are hereby $419.00 bi-weekly.
5. The fixed payments to the Creditor are hereby $79.00 monthly.
6. The Motion for Relief from Stay filed by PHH MORTGAGE CORPORATION is otherwise denied. The Debtor will resume direct payments to Creditor with the June, 2015 payment.
                                          ###END OF ORDER###

This document was prepared by:
Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.